# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LINDA SHAW, | ) | 3:16-CV-0575-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 29, 2017 |
| | ) | |
| STATE FARM MUTUAL | ) | |
| AUTMOBILE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

      On March 28, 2017, this court heard oral argument on the motion of defendant State Farm Automobile Insurance Company ("defendant ") to reconsider the court's order (ECF No. 32) regarding plaintiff Linda Shaw's ("plaintiff's") request for production no. 27 (ECF No. 33).[1] Plaintiff filed provisional and supplemental responses (ECF Nos. 36 & 38), and defendant replied (ECF No. 42).

      Having considered the arguments of counsel at the hearing and the papers submitted, the court issues this amended order concerning Request No. 27. Request No. 27 shall be limited to any instruction the five previously identified claims agents and team managers received on efforts or goals to decrease loss ratios or decrease severity costs for Nevada underinsured motorist claims from January 1, 2012 to present.

      Upon receipt of this order, defendant's counsel shall confer with the client to determine when defendant can respond to modified request no. 27 and then notify plaintiff's counsel

---

[1] The court granted defendant's motion for reconsideration during the hearing (ECF No. 43).

immediately. If counsel cannot agree on a deadline for a response, the parties shall notify the court no later than Monday, April 2, 2017, and the court will set a deadline.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk