JAMES E. HARPER
Nevada Bar No. 9822
TAYLOR G. SELIM
Nevada Bar No. 12091
**HARPER | SELIM**
1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:   (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINDA SHAW, as next of friend of JILLIAN SHAW, a minor,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; ABC CORPORATIONS I-X, inclusive; BLACK & WHITE COMPANIES I-X, inclusive; and JOHN DOES I-X, inclusive,<br><br>Defendants. | CASE NO.: 3:16-cv-00575-RCJ-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

///

1

IT IS HEREBY STIPULATED by and between the Plaintiff, LINDA SHAW, as next of friend of JILLIAN SHAW, a minor, by and through her counsel of record, BRADLEY, DRENDEL & JEANNEY, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, HARPER | SELIM, that this matter be dismissed with prejudice; each party to bear their own costs and attorney fees.

DATED this 6th day of April 2018.                     DATED this 6th day of April 2018.

**BRADLEY, DRENDEL & JEANNEY**                **HARPER | SELIM**

/s/ William C. Jeanney                                              /s/ James E. Harper
WILLIAM C. JEANNEY                                           JAMES E. HARPER
Nevada Bar No. 1235                                              Nevada Bar No. 9822
P. O. Box 1987                                                           1707 Village Center Circle, Suite 140
Reno, NV 89505                                                       Las Vegas, NV 89130
Phone: (775) 335-9999                                            Phone: (702) 948-9240
Fax: (775) 335-9993                                                 Fax:    (702) 778-6600
E-Mail: wcjeanney@bdjlaw.com                         Email: eservice@harperselim.com
*Attorneys for Plaintiff*                                              *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

Dated this  16  day of  April  2018.

_____
UNITED STATES DISTRCIT COURT JUDGE